NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3263

RICHARD A. MCGEE,

Petitioner,

v.

DEPARTMENT OF THE AIR FORCE,

Respondent.

Petition for review of the Merit Systems Protection Board
in CH0752080403-I-1.

ON MOTION

## O R D E R

Upon consideration of the petitioner's motion for an extension of time to file his brief, so that he may attempt to obtain counsel or file an informal brief,

IT IS ORDERED THAT:

The motion for an extension of time is granted. The petitioner's opening brief is due within 60 days of the date of filing of this order.

FOR THE COURT

DEC 3 0 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Richard A. McGee
     Leslie Cayer Ohta, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 3 0 2009

JAN HORBALY
CLERK